UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL NO. 5:14-CV-00159-GNS-LLK

JEREMY WILLIAMS                                                                                           PLAINTIFF

v.

RANDY WHITE, WARDEN                                                                              DEFENDANT

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Defendant Jeremy White's Prisoner Application to Proceed Without Prepayment of Fees and Affidavit (DN 39). For the reasons stated herein, the motion is **DENIED**.

### I.    BACKGROUND

This action arises from Plaintiff Jeremy White's incarceration after being convicted of sexual abuse. (Def.'s Mot. to Dismiss 1, DN 15). Plaintiff's petition to the Oldham County Circuit Court had previously been rejected because the court ruled he had failed to exhaust his administrative remedies and his detainment was justified. (Def.'s Mot. to Dismiss 2). Plaintiff petitioned this Court on August 18, 2014. (Pet. for Writ of Habeas Corpus 1, DN 1). On March 23, 2015, the Court dismissed Plaintiff's petition. (Order, DN 33). Plaintiff now seeks leave to appeal the Court's decision *in forma pauperis*.

### II.    DISCUSSION

The Court may allow an indigent defendant to proceed *in forma pauperis*, *i.e.*, without prepayment of fees, provided that such person provide an affidavit disclosing his or her assets

with a statement that the person is unable to pay the fees. 28 U.S.C. § 1915(a)(1). In order to proceed *in forma pauperis* on appeal, the affidavit must also contain a statement of the issues "that the party intends to present on appeal." Fed. R. App. P. 24(a)(1)(c). Under this additional requirement, the Court must also ascertain the merits of the appeal. *Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

In this case, Plaintiff has not included in his application a statement of the issues he intends to pursue on appeal. Accordingly, he is not in compliance with Federal Rule of Appellate Procedure 24, and his motion must be denied.

### III.     CONCLUSION

For the foregoing reasons, **IT IS HEREBY ORDERED** that Plaintiff Prisoner Application to Proceed Without Prepayment of Fees and Affidavit (DN 39) is **DENIED**.

**Plaintiff must either pay the $505.00 appellate filing fee to the Clerk of the District Court within 30 days of entry of this Order or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Sixth Circuit within 30 days after service of this Order in accordance with Fed. R. App. P. 24(a)(5).** *See Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997). Should Plaintiff choose to pay the full $505.00 appellate filing fee rather than file a motion to proceed on appeal *in forma pauperis* in the United States Court of Appeals for the Sixth Circuit, payment must be made payable to **Clerk, U.S. District Court** and sent to the following address:

United States District Court
Western District of Kentucky
106 Gene Snyder Courthouse
601 West Broadway
Louisville, KY 40202

Failure to pay the $505.00 filing fee or to file an application to proceed on appeal *in forma pauperis* with the United States Court of Appeals for the Sixth Circuit within 30 days may result in dismissal of the appeal. A copy of this Order is being sent to the United States Court of Appeals for the Sixth Circuit.  *See* Fed. R. App. P. 24(a)(4).

**Greg N. Stivers, Judge**
**United States District Court**
April 7, 2016

cc:   counsel of record
    Jeremy Williams, *pro se*
    Clerk, U.S. Court of Appeals for the Sixth Circuit

3